✎Prob 12A
(Rev. 01/2020 - D/SC)

# United States District Court

## for

## District of South Carolina

## Report on Offender Under Supervision

**Name of Offender:** Dara Buck                          **Case Number:** 2:25CR00890-001

**Name of Sentencing Judicial Officer:** The Honorable Stan Baker, U. S. District Court Judge
**Name of Current Judicial Officer:** The Honorable Bruce Howe Hendricks, U.S. District Court Judge

**Date of Original Sentence:** January 5, 2023

**Original Offense:** Conspiracy, in violation of Title 18 U.S.C. § 371, 18 U.S.C. § 1343, and 20 U.S.C. § 1097(a)

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 42 months followed by 36 months supervised release. Special conditions include: 1) You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods, 2) You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. You must pay the costs of treatment in an amount to be determined by the probation officer, based on your ability to pay or availability of third-party payment, 3) You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office, 4) You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer, 5) You must pay the financial penalty in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty, 6) You must not be employed in, conduct business in, or otherwise serve in any fiduciary capacity or any position that allows you to have access to credit or personal information of others unless the probation officer approves such business, employment, or service, 7) You must complete 40 hours of community service within the first 12 months of supervision. The probation officer will supervise the participation in the program by approving the program and verifying completed hours, 8) You must submit your person, property, house, residence, office, vehicle, papers, computers (as defined in 18 U.S.C. §1030(e)(1)), other electronic communications or data storage devices or media, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner. The defendant is also Court ordered to pay restitution in the amount of $3,680,247.00, at a minimum rate of $400.00 per month.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** May 9, 2025

✎Prob 12A                                                                                                              Page 2
  (Rev. 01/2020 - D/SC)

**Previous Court Action/Notifications:** On July 1, 2025, jurisdiction was transferred from the Southern District of Georgia to the District of South Carolina.

On August 4, 2025, the defendant's restitution condition was modified to a new payment rate of $100 per month, with payments set to begin 60 days after the order was signed. This modification was requested due to the defendant's financial hardships and inability to make payments in the amount ordered at sentencing.

---

**NONCOMPLIANCE SUMMARY**

The offender has not complied with the following condition of supervision:

| <u>Violation Number</u> | <u>Nature of Noncompliance</u> |
|---|---|
| 1. | **<u>Failure to Pay Remaining Unpaid Restitution:</u>** The defendant is subject to the following condition: The defendant shall pay restitution at the rate of $100.00 per month beginning 60 days after the order is signed, until such time as the Court may alter that payment schedule in the interest of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay. |
| | According to defendant's Offender Payment Enhanced Report Access (OPERA) account, no payment has been made towards restitution for October 2025, November 2025, and only a partial payment of $25 was received for December 2025. The defendant is currently $275 in arrears with a balance of $3,679,922.00. |

**U.S. Probation Officer Action:** The U.S. Probation Office respectfully requests no action be taken at this time. Ms. Buck was provided with a written letter of reprimand addressing her missed restitution payments. She remains unemployed but continues to search for stable employment. As the defendant continues to navigate through her financial hardships, the probation officer will also continue to work with her on strategies to reduce her risk of recidivism. The Court will be notified of any further violations. It is respectfully recommended that the violations be held in abeyance. The defendant has been advised that a subsequent revocation hearing may be scheduled as a result of the violations.

Respectfully Submitted,

By: *Christian M. Chamberlain*

Christian M. Chamberlain
U.S. Probation Officer
Charleston Office

Date:  January 21, 2026

Reviewed and Approved By:

*LaSheika S. VanDyke*

LaSheika S. VanDyke
Supervising U.S. Probation Officer

✎Prob 12A
(Rev. 01/2020 - D/SC)

| X | Agree with Probation Officer's recommendation |

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Bruce Howe Hendricks
U.S. District Court Judge

January 21, 2026
Date